**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                            NO. 4:91CR00034-03-JLH

DEREK ISAAC ALLMON                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, Derek Allmon's motion to vacate his conviction is DENIED. No certificate of appealability will be issued.

IT IS SO ORDERED this 8th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE